UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

OSVALDO MARIA VASQUEZ,

          Defendant.

- - - - - - - - - - - - - - -X

UNSEALING ORDER

Docket No. 16 MJ 256 (MDG)

      Upon the application of ROBERT L. CAPERS, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Lauren Howard Elbert, for an order unsealing the complaint and arrest warrant in the above-captioned matter.

      WHEREFORE, it is ordered that the complaint and arrest warrant in the above-captioned matter be unsealed.

Dated:    Brooklyn, New York
           March 30, 2016

                                      S/ Ramon E. Reyes, Jr.
                                HONORABLE RAMON E. REYES, JR.
                                UNITED STATES MAGISTRATE JUDGE
                                EASTERN DISTRICT OF NEW YORK